IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CRAIG MCCARRELL, et al.,        )
                                )
          Plaintiff,            )
                                )
     v.                         )     No. 10 C 1530
                                )
WIRTZ BEVERAGE ILLINOIS, LLC,   )
etc.,                           )
                                )
          Defendant.            )

## MEMORANDUM ORDER

Counsel for plaintiffs in this employment discrimination case have complied with this Court's directive that they set out plaintiffs' separate claims against Wirtz Beverage Illinois, LLC ("Wirtz") and Glazer's Distributors of Illinois, Inc. ("Glazer's") in different complaints, so that what remains on this Court's calendar is an Amended Complaint that targets Wirtz alone. In that respect, because this Court is assigned the lower-numbered of what are now two cases, it would be prepared to accommodate the parties by overseeing any discovery in the two cases that would prove to be duplicative, thus cutting down on the cost of litigation to that extent. That subject should be discussed between counsel for the litigants and should also be cleared with Judge Leinenweber (who has been assigned the higher-numbered case) as well.

One other matter that this Court had mentioned during the most recent status hearing should also be considered by the parties: whether it is appropriate for all three plaintiffs to

continue as parties in this single action, as contrasted with each of them pursuing his own claim (once again with the use of coordination orders to cut back on duplicative expense). That subject will be discussed at the next status hearing, 9 a.m. June 21, 2010.

_____
Milton I. Shadur
Senior United States District Judge

Date: June 7, 2010